CLARK *v.* CLARK.

BECK, P. J. In all cases where an application for alimony is granted or refused, the bill of exceptions "shall be tendered and signed within twenty days from the rendition of the decision." Civil Code, § 6153. In this case there was a failure to comply with the statutory requirement; and the motion to dismiss is sustained.

*Writ of error dismissed. All the Justices concur.*

*John M. Morrow,* for plaintiff in error.

*Taylor Smith* and *Spradlin & Whiddon,* contra.

